```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


MARK GREEN                      :     CIVIL ACTION
                                :
     v.                         :
                                :
CHARLES E. O'CONNELL,           :
Superior Court Deputy           :
Prothonotary and                :
DAVID A. SZEWCZAK,              :
Prothonotary Superior Ct.       :     NO. 02-3792
```

ORDER

_____AND NOW, this \_\_\_\_ day of June, 2002, in view of the plaintiff's letter received June 16, 2002, requesting that the Court "Please discard the civil action on prothotary (sic) Mr. Szewczak, and his deputy Mr. O'Connor (sic)," IT IS ORDERED that the action is deemed WITHDRAWN.

The Clerk of Court is directed to CLOSE the file.


_____John P. Fullam, Sr. J.