IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK GREEN | : | CIVIL ACTION |
| v. | : | NO. 02-3792 |
| CHARLES E. O'CONNELL, *et al*. | : | |

**O R D E R**

AND NOW, this _____ day of July 2001, IT IS ORDERED:

1. For purposes of appeal, Plaintiff's Motion to Proceed *In Forma Pauperis*, pursuant to 28 U.S.C. § 1915(a), is GRANTED.

_____
John P. Fullam, Sr. J.